FRANK MESSINA, Respondent, v. CONTINENTAL PURCHASING Co., INC., Appellant. — Motion for reargument denied. ; Motion for stay granted. Motion for leave to appeal to the Court of Appeals granted. [See 246 App. Div. 855.] The court hereby certifies that the following question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals: Does the complaint herein state facts sufficient to constitute a cause of action? Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of EDWARD DUNCAN, Respondent, against GEORGE WALSH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Schedule award for loss of leg. Protracted temporary total disability for seventy-five and two-thirds weeks properly allowed. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of OLIVE E. ADAMS, Respondent, against DAD'S COOKIE Co., Appellant, and STATE INSURANCE FUND, Carrier. STATE INDUSTRIAL BOARD, Respondent.— Appeal from award of death benefits. A question of fact arose as to whether decedent died as the result of an accident or by committing suicide. The Industrial Board found the death to be accidental and there was ample evidence to support this finding. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOHN L. GIESS, Respondent, against ART METAL CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award for temporary partial disability, wherein claimant's wage-earning capacity was determined to be forty per cent of his former full-time earnings. The injury was a contused wound of the right ankle which caused and was followed by a varicose ulcer. The evidence sustains the findings and award. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MINNIE RICHARDSON and Another, Respondents, against THE TOWN OF CLIFTON PARK, Appellant, and THE NEW YORK CASUALTY COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent. — Appeal from an award of death benefits to widow and child of welfare officer of the town. Such official is not an employee within the purview of the Workmen's Compensation Law. Award reversed, and claim dismissed, with costs to the appellant against the State Industrial Board. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.